IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond Orrand,
Administrator, *et al.*,

        Plaintiffs,                          Case No.: 2:09-CV-829
                                                        JUDGE SMITH
v.                                                         Magistrate Judge Abel

M&M Trenching, Inc. and
Nora Marotta, d/b/a M&M Trenching, Inc.,

        Defendants.

## ORDER

      This matter is before the Court on Plaintiffs' Motion for Partial Summary Judgment and Order for an Audit under Count I of Plaintiffs' Complaint (Doc. 8). Defendants have not responded to Plaintiffs' Complaint, nor this Motion. An entry of default was entered by the Clerk of this Court on February 4, 2010 (Doc. 9).

      The Court finds upon consideration of the pleadings, Plaintiffs' Motion, and affidavit that Plaintiffs are entitled to audit Defendants' books and records for the period April 21, 2006, to the present with respect to the hours worked by, wages paid to, and fringe benefit contributions made on behalf of employees of Defendants working within the trade jurisdiction of the International Union of Operating Engineers, Local Union Nos. 18, 18A and 18B.

      Defendants have failed to respond to Plaintiffs' Motion. The nonmoving party "cannot rely on the hope that the trier of fact will disbelieve the movant's denial of a disputed fact, but must 'present affirmative evidence in order to defeat a properly supported motion for summary

judgment.'" *Street v. J.C. Bradford & Co.*, 886 F.2d 1472, 1476 (6th Cir. 1989) (*quoting Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 257 (1986)). The nonmoving party must adduce more than a scintilla of evidence to overcome the summary judgment motion. *Id.*

Therefore, it is hereby **ORDERED** that Defendants make available to Plaintiffs for audit all of the individual earnings records, weekly payroll journals, and other payroll records of Defendants, all quarterly withholding tax and FICA tax returns (Form 941); and all Form W-3 of Defendants for the period April 21, 2006, to the present. Defendants shall make all the aforementioned information available to Plaintiffs on or before April 30, 2010.

The Clerk shall remove Document 8 from the Court's pending motions list.

**IT IS SO ORDERED.**

       */s/ George C. Smith*
       **GEORGE C. SMITH, JUDGE**
       **UNITED STATES DISTRICT COURT**